LUCIAN J. GRECO, JR., ESQ.
Nevada State Bar No. 10600
SCOTT W. ULM, ESQ.
Nevada State Bar No. 12652
DANIELLE M. MERIWETHER, ESQ.
Nevada State Bar No. 14924
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
lgreco@bremerwhyte.com
sulm@bremerwhyte.com
dmeriwether@bremerwhyte.com
Attorneys for Defendant,
*JAMES RIVER INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCISCO DURAN BENITEZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES RIVER INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive and ROE BUSINESS ENTITIES I through X, inclusive, <br><br> Defendant. | Case No. 2:20−cv−02244−APG−EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed to between Defendant JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record Lucian J. Greco, Jr., Esq., Scott W. Ulm, Esq. and Danielle M. Meriwether, Esq., of the law firm of BREMER WHYTE BROWN & O'MEARA LLP, and Plaintiff Francisco Duran Benitez, by and through his attorney of record, Ramzy Paul Ladah, Esq. of the Ladah Law Firm, that the Complaint against JAMES RIVER INSURANCE COMPANY

///

///

///

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2:20−cv−02244−APG−EJY
1

1256.959  4812-2032-4836.1

is hereby DISMISSED WITH PREJUDICE, in this matter each party is to bear their own attorneys' fees and costs.

Dated this 9th day of April 2021

LADAH LAW FIRM

By: /s/ Ramzy P. Ladah
Ramzy Paul Ladah, Esq.
Nevada Bar No. 11405
Attorneys for Plaintiff,
*Francisco Duran Benitez*

Dated this 9th day of April 2021

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Danielle M. Meriwether
Lucian J. Greco, Jr, Esq.
Nevada Bar No. 10600
Scott W. Ulm, Esq.
Nevada Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada Bar No. 14924
Attorneys for Defendant,
*James River Insurance Company*

## **ORDER**

The foregoing Stipulation of the parties is accepted and approved, and Case No. 2:20−cv−02244−APG−EJY is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED this  12th  day of    April           , 2021.

_____

Respectfully submitted:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Danielle M. Meriwether, Esq.
Lucian J. Greco, Jr., Esq.
Nevada State Bar No. 10600
Scott W. Ulm, Esq.
Nevada State Bar No. 12652
Danielle M. Meriwether, Esq.
Nevada State Bar No. 14924
Attorneys for Defendant,
James River Insurance Company

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2:20−cv−02244−APG−EJY
2

1256.959 4812-2032-4836.1